

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2020

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



    **Re:**    ***United States v. Emiliano Bomba, et al.*, S2 19 Cr. 463 (DLC)**

Dear Judge Cote:

       The Government writes, with consent of defense counsel, to request that the Court schedule a discovery deadline of July 31, 2020 for substantial completion of discovery for defendants Jose Baez and Andy Garibaldi Lopez.

       Respectfully submitted,

       AUDREY STRAUSS
       Acting United States Attorney

    by: ___/s/_____
       Stephanie Lake / Sheb Swett / Aline Flodr
       Assistant United States Attorneys
       (212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)

```
Granted.  The deadline for substantial
completion of discovery for Jose Baez and Andy
Garibaldi Lopez is July 31, 2020.  7.20.2020.


_____
         DENISE COTE
    United States District Judge
```