```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
UNITED STATES OF AMERICA,                 :    19Cr0463 (DLC)
                                          :
             -v-                          :        ORDER
                                          :
EMILIANO BOMBA, BRIAN PARA MACHADO,       :
JOSE BAEZ, ANDY GARIBALDI LOPEZ,          :
BENZION ZIRKIND, ZALMUND ZIRKIND, and     :
DAVID MALEH,                              :
                                          :
                      Defendants.         :
                                          :
----------------------------------------  X
```

SDNY
UMENT
TRONICALLY FILED
DOC #:
DATE FILED: 9/3/2020

DENISE COTE, District Judge:

On February 6, 2020 and again on July 15, 2020, trial in this case was set for December 7.  The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic.  Due to safety protocols, no more than two defendants in this case will proceed to trial at any one time.  On September 2, 2020, the Clerks' Office notified district judges of the dates on which jury selection could commence during October through December 2020 in the reconfigured spaces.  Accordingly, the parties are hereby

NOTIFIED that the trial of no more than two defendants in this action will commence with jury selection on **December 8, 2020.**  It is hereby

ORDERED that the Government will advise the Court no later than **November 20** of which two defendants it wishes to bring to trial on that date.

IT IS FURTHER ORDERED that any motion by either of those defendants for a severance shall be filed by **November 24.**

IT IS FURTHER ORDERED that the Voir Dire requests and Requests to Charge for these two defendants are due **December 1 at noon.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **December 3, 2020** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 3, 2020

                              _____
                                    DENISE COTE
                              United States District Judge