```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :        S2 19cr463-2 (DLC)
           -v-                       :
                                     :              ORDER
BRIAN PARA MACHADO,                  :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

The Court having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea hearing is scheduled for **November 21, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         October 27, 2025

                                      _____
                                              DENISE COTE
                                      United States District Judge