UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     S2 19cr463-2 (DLC)
              -v-                       :
                                        :         ORDER
BRIAN PARA MACHADO,                     :
                                        :
              Defendant.                :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the change of plea hearing scheduled for November 21 is moved to **November 20, 2025 at 10:30 AM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         November 17, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge